IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mistia L. Mills,                                      :
                                                     :
        Plaintiff(s),                          :
                                                     :   Case Number: 1:11cv321
   vs.                                          :
                                                     :   Chief Judge Susan J. Dlott
Commissioner of Social Security,                     :
                                                     :
        Defendant(s).                           :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on May 15, 2012 a Report and Recommendation (Doc.

10).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 11)

and defendant filed a response to the objections (Doc. 12).

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

The ALJ properly evaluated the evidence of record in determining that plaintiff does not

meet or equal Listing 1.02(A).  The ALJ also thoroughly assessed plaintiff's credibility.  The

record contains substantial evidence to support the ALJ's conclusion that plaintiff is able to

perform a significant number of jobs that exist in the national economy and is therefore not disabled.

Therefore, the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court