IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mistia L. Mills, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:11cv321 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

　　　Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the decision of the Commissioner is AFFIRMED.

8/29/12                                                                                     JAMES BONINI, CLERK


                                                                                      S/William Miller
                                                                                      Deputy Clerk